**LINCOLN NATIONAL LIFE INSURANCE COMPANY, Plaintiff–Appellee,**

v.

**TRANSAMERICA LIFE INSURANCE COMPANY, Western Reserve Life Assurance Co. of Ohio, and Transamerica Financial Life Insurance Company, Defendants–Appellants.**

**No. 2010–1257.**

United States Court of Appeals, Federal Circuit.

July 15, 2010.

D. Randall Brown, Barnes & Thornburg LLP, Fort Wayne, IN, for Plaintiff–Appellee.

Steven M. Bauer, Proskauer Rose LLP, Boston, MA, for Defendants–Appellants.

## ON MOTION

## ORDER

Transamerica life Insurance Company et al. (Transamerica) move the court to stay briefing in this appeal pending issuance of the mandate in *Lincoln Nat'l Life Ins. Co. v. Transamerica Life Ins, Co.*, 2009–1403, –1491. Transamerica states that Lincoln National Life Insurance Company consents.

Transamerica states that the present appeal concerns enforcement of a permanent injunction entered against Transamerica, and that in *Lincoln Nat'l Life Ins. Co. v. Transamerica Life Ins. Co.*, 2009–1403, –

1491, the underlying injunction was vacated.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Transamerica is directed to inform the court within 14 days of the date of issuance of the mandate in *Lincoln Nat'l Life Ins. Co. v. Transamerica Life Ins. Co.*, 2009–1403, –1491, how it believes this appeal should proceed. Lincoln may also respond within that time.